IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-358 |
| | ) | |
| DENNIS SKOSNIK | ) | |

## **ORDER OF COURT**

AND NOW, to-wit, this _____ day of April, 2012, upon consideration of the foregoing Motion for Early Termination of Supervised Release, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted.  Mr. Murdoch's supervised release is terminated as of this day.

_____
Alan N. Bloch
United States District Judge

cc:   Counsel of Record
      US Probation