IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | Criminal No. 05-358 |
| ) | |
| DENNIS SKOSNIK,          ) | |
| ) | |
| Defendant.     ) | |

ORDER

AND NOW, this 10th day of April, 2012, upon consideration of Defendant's Motion for Early Termination of Supervised Release (document No. 60) filed in the above captioned matter on April 9, 2012,

IT IS HEREBY ORDERED that said Motion is DENIED.

s/Alan N. Bloch
United States District Judge

ecf:     Counsel of record
         Probation